UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

NICHOLAS ANDREW LILLY,

Plaintiff,

v.  Case No. 2:17-cv-04470

WEST VIRGINIA REGIONAL
JAIL AUTHORITY,

Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on May 20, 2019; and the magistrate judge having recommended that the court dismiss this matter pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B), and deny as moot the application of the plaintiff to proceed without prepayment of fees and costs; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: June 25, 2019

John T. Copenhaver, Jr.
Senior United States District Judge